IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. AKIN, | : | CIVIL ACTION NO. |
| | : | 1:09-cv-02484-SHR |
| Plaintiff | : | |
| | : | Judge Sylvia H. Rambo |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| YORK COUNTY PRISON, MARY SABOL, TEAMSTERS LOCAL UNION 776, and MARK ANDREOZZI, | : | FILED ELECTRONICALLY |
| | : | |
| Defendants | : | |

### ENTRY OF APPEARANCE

Please enter our appearance as counsel on behalf of Defendants, York County Prison and Mary Sabol, in the above-captioned case.

S/ Renee C. Mattei Myers
Renee C. Mattei Myers
PA ID No. 73099
rmyers@eckertseamans.com
Michael McAuliffe Miller
PA ID No. 78507
mmiller@eckertseamans.com
Eckert Seamans Cherin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA  17101
(717) 237-7174
Counsel for Defendants,
York County Prison and Mary Sabol

Dated: January 21, 2010

{L0397905.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2010, I served a true and correct copy of the foregoing Entry of Appearance by Electronic Filing or by United States First Class Mail, postage prepaid, addressed as follows:

>Robert S. Mirin, Esquire
>Law Offices of Robert S. Mirin
>2515 North Front Street
>Harrisburg, PA  17110

>>Renee C. Mattei Myers
>>Renee C. Mattei Myers

{L0397905.1}